UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY G. SLOANE,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SYNCHRONY BANK, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-01229-JAD-PAL<br><br>**ORDER**<br><br>(Ntc. of Settlement – ECF No. 20) |

Before the court is the Notice of Settlement Between Plaintiff Jeffrey G. Sloane and Defendant Synchrony Bank (ECF No. 20), filed July 5, 2017. The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.

Accordingly,

**IT IS ORDERED** that the parties shall have until **September 5, 2017**, to file a stipulation for dismissal or a joint status report indicating when the stipulation will be filed.

Dated this 6th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE