1

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

2

3

4

5

6

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

7

8

9

10

*Attorneys for Plaintiff*
*Jeffrey G. Sloane*

11

12

## UNITED STATES DISTRICT COURT

13

## DISTRICT OF NEVADA

14

15

JEFFREY G. SLOANE,

16

Plaintiff,

v.

17

18

SYNCHRONY BANK; EQUIFAX
INFORMATION SERVICES, LLC; and
TRANS UNION, LLC,

19

20

Defendants.

Case No. 2:17-cv-01229-JAD-PAL

**NOTICE OF SETTLEMENT BETWEEN
PLAINTIFF AND TRANS UNION, LLC**

21

22

23

24

*(Continued next page)*

25

26

27

28

1    **NOTICE IS HERBY GIVEN** that the dispute between Jeffrey G. Sloane ("Plaintiff") and

2    Defendant Trans Union, LLC ("TransUnion") has been resolved on an individual basis. The parties

3    anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against

4    TransUnion, with Prejudice, within sixty (60) days. Plaintiff requests that all pending dates and

5    filing requirements as to TransUnion be vacated, and that the Court set a deadline sixty days (60)

6    from present for filing a Dismissal as to TransUnion.

7         DATED: July 16, 2017

                                        Respectfully submitted,

8                                       */s/ Sean N. Payne*
9                                       Sean N. Payne, Esq.
                                        Nevada Bar No. 13216
10                                      PAYNE LAW FIRM LLC
                                        9550 S. Eastern Ave., Suite 253-A213
11                                      Las Vegas, NV 89123
                                        Phone: (702) 952-2733
12                                      FAX: (702) 462-7227
                                        Email: seanpayne@spaynelaw.com
13

14                                      David H. Krieger, Esq.
                                        Nevada Bar No. 9086
15                                      HAINES & KRIEGER, LLC
                                        8985 S. Eastern Ave., Suite 350
16                                      Henderson, NV 89123
                                        Phone: (702) 880-5554
17                                      FAX: (702) 385-5518
                                        Email: dkrieger@hainesandkrieger.com
18

19                                      *Attorney for Plaintiff*

20

21    **IT IS ORDERED** that the settling parties shall have until **September 14, 2017**, to either

22    file a stipulation to dismiss, or a joint status report advising when the stipulation will be
      filed.

23

24    Dated: July 17, 2017

25                                      Peggy A. Leen
                                        United States Magistrate Judge

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.


/s/ Sean N. Payne
Payne Law Firm LLC