David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY G. SLOANE,<br><br>Plaintiff,<br>v.<br><br>SYNCHRONY BANK; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-01229-JAD-PAL<br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC, PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>ECF No. 25 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC from the above captioned action, with prejudice.

///

///

///

///

Each party will bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| Dated: September 6, 2017.<br><br>**PAYNE LAW FIRM LLC**<br><br>/s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | Dated: September 6, 2017.<br><br>**SNELL & WILMER, LLP**<br><br>/s/ Bradley T Austin<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* |
| | Dated: September 6, 2017.<br><br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br><br>/s/ Jason G. Revzin<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br><br>*Attorneys for Defendant*<br>*Trans Union LLC* |

## **ORDER**

The court **construes this stipulation** to dismiss plaintiff's claims against Trans Union LLC with prejudice **[ECF 25] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF 25] is GRANTED, and all claims against Trans Union LLC are DISMISSED with prejudice**, each party to bear its own fees and costs.

_____
Jennifer Dorsey
United States District Judge
September 6, 2017