David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY G. SLOANE, | Case No. 2:17-cv-01229-JAD-PAL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| SYNCHRONY BANK; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC, | |
| Defendants. | |

**NOTICE IS HERBY GIVEN** that the dispute between Jeffrey G. Sloane ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Equifax, with Prejudice, within sixty (60) days.

//

//

//

Plaintiff requests that all pending dates and filing requirements as to Equifax be vacated, and that the Court set a deadline sixty days (60) from present for filing a Dismissal as to Equifax.

DATED: October 16, 2017

Respectfully submitted,

*/s/ Sean N. Payne*
Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **December 15, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: October 18, 2017

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

                                            /s/ Sean N. Payne
                                            Payne Law Firm LLC